# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-04655-MLB
### Sullivan v. Courier Connection, Inc. et al
### Honorable Michael L. Brown

Minute Sheet for proceedings held In Chambers on 07/25/2019.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:15 P.M.          COURT REPORTER: Jana B. Colter
TIME IN COURT: 00:10                      DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jessica Brown representing CC Last Mile LLC |
| | Jessica Brown representing Courier Connection, Inc. |
| | Jessica Brown representing John F. Lauth |
| | Dustin Crawford representing Terrick Sullivan |
| | Kathryn McConnell representing CC Last Mile LLC |
| | Kathryn McConnell representing Courier Connection, Inc. |
| | Kathryn McConnell representing John F. Lauth |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [46]Motion for Settlement DENIED |
| MINUTE TEXT: | Teleconference held regarding the parties' [46] Joint Motion for FLSA Approval. For the reasons stated in the record, the Court did not approve the FLSA Settlement Agreement. |
| HEARING STATUS: | Hearing Concluded |