# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERRICK SULLIVAN, *on behalf of himself and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>COURIER CONNECTION, INC.; CC LAST MILE, LLC; and JOHN F. LAUTH,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:17-cv-04655-MLB |

## ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Upon consideration of the Parties' Second Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal of Case With Prejudice ("Joint Motion"), the Court hereby GRANTS the Joint Motion and approves the settlement between the Parties based on the following findings:

1. The Court has sufficient information to conclude that the settlement represents a fair, reasonable and adequate resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.

2. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties.

3. Plaintiffs' counsel has certified that the settlement is in Plaintiff Terrick Sullivan's and the Opt-In Plaintiffs' best interests.

4. The amount for Plaintiffs' attorney's fees and costs is fair and reasonable and bears a reasonable relationship to the amount being paid under the settlement to Plaintiff Terrick Sullivan and the thirty-one Opt-In Plaintiffs.

WHEREFORE, the Court hereby ORDERS that the Joint Motion be and is GRANTED; the settlement is APPROVED; and the claims of Plaintiff and all Opt-In Plaintiffs are DISMISSED WITH PREJUDICE. The Parties will bear costs and fees in accordance with the terms of the Parties' settlement. The Court will retain jurisdiction to enforce the terms of the Parties' settlement.

SO ORDERED this 29th day of July, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE